PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Quinton Carter  **Docket Number:** 06-00755-001

**Name of Sentencing Judicial Officer:** The Honorable Jose L. Linares, U.S.D.J.

**Date of Original Sentence:** 01/04/2007

**Original Offense:** FALSIFICATION OF POSTAL RETURNS TO INCREASE COMPENSATION

**Original Sentence:** 1 year probation.

**Type of Supervision:** probation  **Date Supervision Commenced:** 01/04/07

**Assistant U.S. Attorney:** Paul Matey, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Donald J. Millman, Esq., 111 Northfield Avenue, West Orange, New Jersey 07052, 973-669-9776

---

## PETITIONING THE COURT

[X]  To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $9,707.66; it shall be paid in the following manner: no less than $200 per month.**'

To date, Carter has only paid a total of $510.00 towards his outstanding restitution obligation and has a remaining balance of $9,307.66.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 1/2/08

PROB 12C - Page 2
Quinton Carter

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 01/28/08 @ 11:00 am
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1-8-08
Date